Form 154A

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

4

In re:  Bankruptcy Case No.: 19−11042−TPA

Chapter: 13

**Jonathon P. Schneider**
Debtor(s)

Beth Ann Schneider

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

　　Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **December 24, 2019**.

　　Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

　　The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

　　There is no fee for filing the proof of claim.

　　**Any creditor who has filed a proof of claim already need not file another proof of claim.**

　　Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**　　　　　　　　　　　　　　　　　　Michael R. Rhodes
　U.S. Bankruptcy Court　　　　　　　　　　　　　　　　　　　　　　　*Clerk, U.S. Bankruptcy Court*
　c/o CLAIMS CLERK
　5414 U.S Steel Tower
　600 Grant Street
　Pittsburgh, PA 15219

Dated: 10/16/19

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Jonathon P. Schneider
Beth Ann Schneider
    Debtors

Case No. 19-11042-TPA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: admin               Page 1 of 1                   Date Rcvd: Oct 16, 2019
                             Form ID: 154A            Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2019.
```
db/jdb         +Jonathon P. Schneider,    Beth Ann Schneider,    3120 Heathville Ohl Road,
                 Summerville, PA 15864-4232
15139953       +Amex,    PO Box 981537,    El Paso, TX 79998-1537
15139955       #+Carrington Mortgage Service,    15 Enterprise Street,    Aliso Viejo, CA 92656-2653
15139960       +JPMorgan Chase Bank Card,    Po Box 15298,    Wilmington, DE 19850-5298
15139961       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15139963       +Steuben Trust Company,    1 Steuben Square,    Hornell, NY 14843-1699
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15139952       +E-mail/Text: ally@ebn.phinsolutions.com Oct 17 2019 03:53:51      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
15139954       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2019 03:57:27
                 Capital One Bank Usa NA,    Po Box 30281,    Salt Lake City, UT 84130-0281
15139956       +E-mail/Text: cduncan@clarionfcu.org Oct 17 2019 03:55:21      Clarion Federal Credit Union,
                 144 Holiday Inn Road,    Clarion, PA 16214-4038
15139957        E-mail/Text: mrdiscen@discover.com Oct 17 2019 03:54:46      Discover Bank,    Po Box 30954,
                 Salt Lake City, UT 84130
15139958        E-mail/Text: mrdiscen@discover.com Oct 17 2019 03:54:46      Discover Financial Services LLC,
                 PO Box 15316,    Wilmington, DE 19850
15139959       +E-mail/Text: bankruptcynotice@fcbanking.com Oct 17 2019 03:54:50      First Commonwealth Bank,
                 22 North Sixth Street,    Indiana, PA 15701-1802
15139962       +E-mail/Text: bankruptcy@bbandt.com Oct 17 2019 03:55:22      Sheffield Financial Company,
                 PO Box 1704,    Clemmons, NC 27012-1704
15139964       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2019 03:57:50      Syncb / Lowes,    Po Box 956005,
                 Orlando, FL 32896-0001
15139965       +E-mail/Text: EBankruptcy@UCFS.NET Oct 17 2019 03:57:10      United Consumer Financial Services,
                 865 Bassett,    Westlake, OH 44145-1194
                                                                                              TOTAL: 9
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2019 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Beth Ann Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jonathon P. Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```