# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-11042-TPA |
| | : | |
| Jonathon P Schneider and | : | CHAPTER 13 |
| Beth Ann Schneider, | : | |
| Debtors. | : | |
| | : | |

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

**DATES OF ENCLOSED PAYMENT ADVICES:**

August 21, 2019 – Husband

August 28, 2019

September 4, 2019

September 11, 2019

September 18, 2019

September 25, 2019

October 2, 2019

October 9, 2019

**Next Payment Advice Expected (post-filing):**

October 16, 2019 – Husband

C.B.    SCHNEIDER, JONATHON P & BETH ANN

John P Schneider                                                                                  **2,594.12

Two Thousand Five Hundred Ninety-Four and 12/100********************************************************

John P Schneider
3120 Heathville
Summerville, PA 15864

Pay Period: 09/01/2019 - 09/07/2019

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| John P Schneider, 3120 Heathville, Summerville, PA 15864 | | | | | ***-**-9948 | Married/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 09/01/2019 - 09/07/2019 | | Pay Date: 09/11/2019 |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | |
| Hourly | 40.00 | 15.75 | 630.00 | 11,655.02 | | | |
| Overtime (x1.5) hourly | 47.30 | 23.63 | 1,122.43 | 17,864.36 | | | |
| | 87.30 | | 1,752.43 | 29,519.38 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | |
| Federal Withholding | | | -176.00 | -2,908.00 | | | |
| Social Security Employee | | | -108.65 | -1,830.20 | | | |
| Medicare Employee | | | -25.41 | -428.03 | | | |
| PA - Withholding | | | -53.80 | -906.23 | | | |
| PA - Unemployment | | | -1.05 | -17.71 | | | |
| | | | -364.91 | -6,090.17 | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | |
| Per DIEM - TRAVEL MEALS TRUCK A | | | 1,050.00 | 17,700.00 | | | |
| Tech Mileage | | | 156.60 | 2,953.80 | | | |
| Pay advance Repayment | | | 0.00 | -1,000.00 | | | |
| 1099 Earnings | | | 0.00 | 375.00 | | | |
| | | | 1,206.60 | 20,028.80 | | | |
| Net Pay | | | 2,594.12 | 43,458.01 | | | |

BKD Consulting, LLC  PO BOX 486, Wills Point TX 75169                                             Powered by Intuit Payroll

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| John P Schneider, 3120 Heathville, Summerville, PA 15864 | | | | | ***-**-9948 | Married/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 09/01/2019 - 09/07/2019 | | Pay Date: 09/11/2019 |
| Earnings and Hours | Hours | Rate | Current | YTD Amount | | | |
| Hourly | 40.00 | 15.75 | 630.00 | 11,655.02 | | | |
| Overtime (x1.5) hourly | 47.30 | 23.63 | 1,122.43 | 17,864.36 | | | |
| | 87.30 | | 1,752.43 | 29,519.38 | | | |
| Taxes | | | Current | YTD Amount | | | |
| Medicare Employee Addl Tax | | | 0.00 | | | | |
| Federal Withholding | | | -176.00 | -2,908.00 | | | |
| Social Security Employee | | | -108.65 | -1,830.20 | | | |
| Medicare Employee | | | -25.41 | -428.03 | | | |
| PA - Withholding | | | -53.80 | -906.23 | | | |
| PA - Unemployment | | | -1.05 | -17.71 | | | |
| | | | -364.91 | -6,090.17 | | | |
| Adjustments to Net Pay | | | Current | YTD Amount | | | |
| Per DIEM - TRAVEL MEALS TRUCK A | | | 1,050.00 | 17,700.00 | | | |
| Tech Mileage | | | 156.60 | 2,953.80 | | | |
| Pay advance Repayment | | | 0.00 | -1,000.00 | | | |
| 1099 Earnings | | | 0.00 | 375.00 | | | |
| | | | 1,206.60 | 20,028.80 | | | |
| Net Pay | | | 2,594.12 | 43,458.01 | | | |

BKD Consulting, LLC  PO BOX 486, Wills Point TX 75169                                             Powered by Intuit Payroll

John P Schneider                                                                                                                    **1,156.95

One Thousand One Hundred Fifty-Six and 95/100***************************************************

John P Schneider
3120 Heathville
Summerville, PA 15864

Pay Period: 09/22/2019 - 09/28/2019

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| John P Schneider, 3120 Heathville, Summerville, PA 15864 | | | | | ***-**-9948 | Married/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period 09/22/2019 - 09/28/2019 | | Pay Date 09/25/2019 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 37.30 | 15.75 | 590.63 | 12,875.65 |
| Overtime (x1.5) hourly | | | 0.00 | 18,986.79 |
| | 37.30 | | 590.63 | 31,862.44 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -36.00 | -3,120.00 |
| Social Security Employee | -36.62 | -1,975.47 |
| Medicare Employee | -8.57 | -462.01 |
| PA - Withholding | -18.13 | -978.16 |
| PA - Unemployment | -0.36 | -19.12 |
| | -99.68 | -6,554.76 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Per DIEM - TRAVEL MEALS TRUCK A | 450.00 | 19,200.00 |
| Tech Mileage | 216.00 | 3,326.40 |
| Pay advance Repayment | 0.00 | -1,000.00 |
| 1099 Earnings | 0.00 | 375.00 |
| | 666.00 | 21,901.40 |

| Net Pay | 1,156.95 | 47,209.08 |
|---|---|---|

BKD Consulting, LLC. PO BOX 486, Wills Point TX 75169                                                              Powered by Intuit Payroll

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| John P Schneider, 3120 Heathville, Summerville, PA 15864 | | | | | ***-**-9948 | Married/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period 09/22/2019 - 09/28/2019 | | Pay Date 09/25/2019 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 37.30 | 15.75 | 590.63 | 12,875.65 |
| Overtime (x1.5) hourly | | | 0.00 | 18,986.79 |
| | 37.30 | | 590.63 | 31,862.44 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Add'l Tax | 0.00 | |
| Federal Withholding | -36.00 | -3,120.00 |
| Social Security Employee | -36.62 | -1,975.47 |
| Medicare Employee | -8.57 | -462.01 |
| PA - Withholding | -18.13 | -978.16 |
| PA - Unemployment | -0.36 | -19.12 |
| | -99.68 | -6,554.76 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Per DIEM - TRAVEL MEALS TRUCK A | 450.00 | 19,200.00 |
| Tech Mileage | 216.00 | 3,326.40 |
| Pay advance Repayment | 0.00 | -1,000.00 |
| 1099 Earnings | 0.00 | 375.00 |
| | 666.00 | 21,901.40 |

| Net Pay | 1,156.95 | 47,209.08 |
|---|---|---|

BKD Consulting, LLC. PO BOX 486, Wills Point TX 75169                                                              Powered by Intuit Payroll

John P Schneider **3,291.19

Three Thousand Two Hundred Ninety-One and 19/100***********************************************************

John P Schneider
3120 Heathville
Summerville, PA 15864

Pay Period: 10/03/2019 - 10/09/2019

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| John P Schneider, 3120 Heathville, Summerville, PA 15864 | | | | | ***-**-9948 | Married/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 10/03/2019 - 10/09/2019 | | Pay Date: 10/09/2019 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40.00 | 15.75 | 630.00 | 13,505.65 |
| Overtime (x1.5) hourly | 72.30 | 23.63 | 1,713.18 | 20,699.97 |
| | 112.30 | | 2,343.18 | 34,205.62 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -306.00 | -3,426.00 |
| Social Security Employee | -145.28 | -2,120.75 |
| Medicare Employee | -33.97 | -495.98 |
| PA - Withholding | -71.94 | -1,050.10 |
| PA - Unemployment | -1.40 | -20.52 |
| | -558.59 | -7,113.35 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Per DIEM - TRAVEL MEALS TRUCK A | 1,350.00 | 20,550.00 |
| Tech Mileage | 156.60 | 3,483.00 |
| Pay advance Repayment | 0.00 | -1,000.00 |
| 1099 Earnings | 0.00 | 375.00 |
| | 1,506.60 | 23,408.00 |

| Net Pay | 3,291.19 | 50,500.27 |
|---|---|---|

BKD Consulting, LLC, PO BOX 486, Wills Point TX 75169

Powered by Intuit Payroll

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| John P Schneider, 3120 Heathville, Summerville, PA 15864 | | | | | ***-**-9948 | Married/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 10/03/2019 - 10/09/2019 | | Pay Date: 10/09/2019 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 40.00 | 15.75 | 630.00 | 13,505.65 |
| Overtime (x1.5) hourly | 72.30 | 23.63 | 1,713.18 | 20,699.97 |
| | 112.30 | | 2,343.18 | 34,205.62 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| Federal Withholding | -306.00 | -3,426.00 |
| Social Security Employee | -145.28 | -2,120.75 |
| Medicare Employee | -33.97 | -495.98 |
| PA - Withholding | -71.94 | -1,050.10 |
| PA - Unemployment | -1.40 | -20.52 |
| | -558.59 | -7,113.35 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Per DIEM - TRAVEL MEALS TRUCK A | 1,350.00 | 20,550.00 |
| Tech Mileage | 156.60 | 3,483.00 |
| Pay advance Repayment | 0.00 | -1,000.00 |
| 1099 Earnings | 0.00 | 375.00 |
| | 1,506.60 | 23,408.00 |

| Net Pay | 3,291.19 | 50,500.27 |
|---|---|---|

BKD Consulting, LLC, PO BOX 486, Wills Point TX 75169

Powered by Intuit Payroll

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-11042-TPA |
| | : | |
| Jonathon P Schneider and | : | CHAPTER 13 |
| Beth Ann Schneider, | : | |
| Debtors | : | |
| | : | |
| Beth Ann Schneider, | : | |
| Movant | : | Filed Pursuant to Rule 1007-4 |

### VERIFICATION REGARDING PROOF OF INCOME

I, **Beth Ann Schneider**, hereby state as follows:

1.) I am currently unemployed therefore I am unable to provide paystubs from the past sixty (60) days.
2.) I was required to file 2017 - 2018 tax returns; therefore I have submitted the same to the Trustee.
3.) I have submitted to the Trustee proof of income from all sources I have in my possession.

I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: November 8, 2019            /s/ Beth Ann Schneider
                                  Joint Debtor