| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Jonathon P. Schneider** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–9948 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Beth Ann Schneider** <br> First Name   Middle Name   Last Name | Social Security number or ITIN | xxx–xx–8585 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13 | 10/15/19 |
| Case number: | 19–11042–TPA | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case            12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jonathon P. Schneider | Beth Ann Schneider |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3120 Heathville Ohl Road <br> Summerville, PA 15864 | 3120 Heathville Ohl Road <br> Summerville, PA 15864 |
| 4. | **Debtor's attorney** <br> Name and address | Daniel P. Foster <br> Foster Law Offices <br> PO Box 966 <br> Meadville, PA 16335 | Contact phone 814.724.1165 <br><br> Email: dan@mrdebtbuster.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> U.S. Courthouse, Room B160 <br> 17 South Park Row <br> Erie, PA 16501 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 814–464–9740 <br><br> Date: 11/12/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 10, 2019 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/10/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/24/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/13/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/10/19** at **11:00 AM** , Location: **Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                   Case No. 19-11042-TPA
Jonathon P. Schneider                                                    Chapter 13
Beth Ann Schneider
          Debtors               CERTIFICATE OF NOTICE
District/off: 0315-1          User: dkam                  Page 1 of 2                  Date Rcvd: Nov 12, 2019
                              Form ID: 309I               Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2019.
db/jdb         +Jonathon P. Schneider,    Beth Ann Schneider,    3120 Heathville Ohl Road,
                 Summerville, PA 15864-4232
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Preston D. Jaquish,    McGrath & McCall, P.C.,    Four Gateway Center,    Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15154119       +Advanced Disposal Solid Waste of PA Inc,    6330 Route 219,    Brockway, PA 15824-5016
15139955       #+Carrington Mortgage Service,    15 Enterprise Street,    Aliso Viejo, CA 92656-2653
15145271       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15139960       +JPMorgan Chase Bank Card,    Po Box 15298,    Wilmington, DE 19850-5298
15153341       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15154121       +Mid-Cameron Authority,    421 North Broad Street,    Emporium, PA 15834-1401
15139961       +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
15154122       +Punxsutawney Area Hospital,    PO Box 645582,    Pittsburgh, PA 15264-5253
15154123       +Rui Credit Services,    PO Box 1349,    Melville, NY 11747-0421
15139963       +Steuben Trust Company,    1 Steuben Square,    Hornell, NY 14843-1699
15154124       +The SOS Group,    Collection Agency,    PO Box 16211,    Cleveland, OH 44116-0211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: dan@mrdebtbuster.com Nov 13 2019 04:14:23      Daniel P. Foster,
                 Foster Law Offices,    PO Box 966,    Meadville, PA   16335
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 13 2019 04:16:20      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA   17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 13 2019 04:16:27
                 Office of the United States Trustee,    Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Nov 13 2019 08:33:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15139952       +EDI: GMACFS.COM Nov 13 2019 08:33:00      Ally Financial,   PO Box 380901,
                 Bloomington, MN 55438-0901
15139953       +EDI: AMEREXPR.COM Nov 13 2019 08:33:00      Amex,   PO Box 981537,    El Paso, TX 79998-1537
15155767        EDI: CAPITALONE.COM Nov 13 2019 08:33:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,    PO Box 71083,   Charlotte, NC   28272-1083
15139954       +EDI: CAPITALONE.COM Nov 13 2019 08:33:00      Capital One Bank Usa NA,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15139956       +E-mail/Text: cduncan@clarionfcu.org Nov 13 2019 04:16:05      Clarion Federal Credit Union,
                 144 Holiday Inn Road,    Clarion, PA 16214-4038
15154120       +EDI: COMCASTBLCENT Nov 13 2019 08:33:00      Comcast,   One Comcast Center,
                 1701 John F Kennedy Boulevard,    Philadelphia, PA 19103-2899
15139957        EDI: DISCOVER.COM Nov 13 2019 08:33:00      Discover Bank,    Po Box 30954,
                 Salt Lake City, UT 84130
15139958        EDI: DISCOVER.COM Nov 13 2019 08:33:00      Discover Financial Services LLC,    PO Box 15316,
                 Wilmington, DE 19850
15142674        EDI: DISCOVER.COM Nov 13 2019 08:33:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH   43054-3025
15143418       +EDI: DISCOVERPL Nov 13 2019 08:33:00      Discover Personal Loans,    PO Box 30954,
                 Salt Lake City, UT 84130-0954
15139959       +E-mail/Text: bankruptcynotice@fcbanking.com Nov 13 2019 04:15:37      First Commonwealth Bank,
                 22 North Sixth Street,    Indiana, PA 15701-1802
15149943        E-mail/Text: bankruptcy@bbandt.com Nov 13 2019 04:16:06      Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
15139962       +E-mail/Text: bankruptcy@bbandt.com Nov 13 2019 04:16:06      Sheffield Financial Company,
                 PO Box 1704,    Clemmons, NC 27012-1704
15139964       +EDI: RMSC.COM Nov 13 2019 08:33:00      Syncb / Lowes,    Po Box 956005,    Orlando, FL 32896-0001
15151542       +EDI: RMSC.COM Nov 13 2019 08:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15139965       +E-mail/Text: EBankruptcy@UCFS.NET Nov 13 2019 04:17:24      United Consumer Financial Services,
                 865 Bassett,    Westlake, OH 44145-1194
                                                                                               TOTAL: 20

            ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services, LLC
```

```
District/off: 0315-1           User: dkam                  Page 2 of 2                  Date Rcvd: Nov 12, 2019
                               Form ID: 309I               Total Noticed: 35

cr*          +First Commonwealth Bank,   c/o McGrath McCall, P.C.,   Four Gateway Center, Suite 1040,
              444 Liberty Avenue,    Pittsburgh, PA 15222-1225
                                                                                           TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2019 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Beth Ann Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jonathon P. Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 6
```