**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−11042−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

Jonathon P. Schneider
3120 Heathville Ohl Road
Summerville, PA 15864

Beth Ann Schneider
3120 Heathville Ohl Road
Summerville, PA 15864

Social Security No.:
xxx−xx−9948

xxx−xx−8585

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Daniel P. Foster<br>Foster Law Offices<br>PO Box 966<br>Meadville, PA 16335<br>Telephone number: 814.724.1165 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>March 24, 2020<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 | CONFIRMATION HEARING DATE/TIME/LOC<br>March 24, 2020<br>09:00 AM<br>Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 2/5/20

BY THE COURT

Thomas P. Agresti
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-11042-TPA
Jonathon P. Schneider                                                     Chapter 13
Beth Ann Schneider
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0315-1           User: dkam                  Page 1 of 2                  Date Rcvd: Feb 05, 2020
                               Form ID: rsc13              Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2020.
db/jdb         +Jonathon P. Schneider,    Beth Ann Schneider,    3120 Heathville Ohl Road,
                 Summerville, PA 15864-4232
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
15154119       +Advanced Disposal Solid Waste of PA Inc,    6330 Route 219,    Brockway, PA 15824-5016
15167824        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
15139953       +Amex,   PO Box 981537,    El Paso, TX 79998-1537
15139955      #+Carrington Mortgage Service,    15 Enterprise Street,    Aliso Viejo, CA 92656-2653
15161752       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
15145271       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15139960       +JPMorgan Chase Bank Card,    Po Box 15298,   Wilmington, DE 19850-5298
15153341       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15154121       +Mid-Cameron Authority,    421 North Broad Street,    Emporium, PA 15834-1401
15170131       +PNC Bank, N.A.,   PO Box 94982,    Cleveland, OH 44101-4982
15139961       +Pnc Bank,   Po Box 3180,    Pittsburgh, PA 15230-3180
15154122       +Punxsutawney Area Hospital,    PO Box 645582,    Pittsburgh, PA 15264-5253
15154123       +Rui Credit Services,    PO Box 1349,   Melville, NY 11747-0421
15139963       +Steuben Trust Company,    1 Steuben Square,   Hornell, NY 14843-1699
15154124       +The SOS Group,   Collection Agency,    PO Box 16211,   Cleveland, OH 44116-0211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 02:45:15     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 06 2020 02:59:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15139952       +E-mail/Text: ally@ebn.phinsolutions.com Feb 06 2020 02:44:40      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
15155767        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 02:59:06
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15139954       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 06 2020 03:00:07
                 Capital One Bank Usa NA,    Po Box 30281,    Salt Lake City, UT 84130-0281
15139956       +E-mail/Text: cduncan@clarionfcu.org Feb 06 2020 02:45:03     Clarion Federal Credit Union,
                 144 Holiday Inn Road,    Clarion, PA 16214-4038
15154120       +E-mail/Text: documentfiling@lciinc.com Feb 06 2020 02:44:37      Comcast,   One Comcast Center,
                 1701 John F Kennedy Boulevard,    Philadelphia, PA 19103-2899
15139957        E-mail/Text: mrdiscen@discover.com Feb 06 2020 02:44:44     Discover Bank,   Po Box 30954,
                 Salt Lake City, UT 84130
15139958        E-mail/Text: mrdiscen@discover.com Feb 06 2020 02:44:44     Discover Financial Services LLC,
                 PO Box 15316,    Wilmington, DE 19850
15142674        E-mail/Text: mrdiscen@discover.com Feb 06 2020 02:44:44     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
15143418       +E-mail/Text: dplbk@discover.com Feb 06 2020 02:45:47     Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
15139959       +E-mail/Text: bankruptcynotice@fcbanking.com Feb 06 2020 02:44:47      First Commonwealth Bank,
                 22 North Sixth Street,    Indiana, PA 15701-1802
15172620        E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 06 2020 02:45:40     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15149943        E-mail/Text: bankruptcy@bbandt.com Feb 06 2020 02:45:04     Sheffield Financial,   PO Box 1847,
                 Wilson, NC 27894-1847
15139962       +E-mail/Text: bankruptcy@bbandt.com Feb 06 2020 02:45:04     Sheffield Financial Company,
                 PO Box 1704,    Clemmons, NC 27012-1704
15139964       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 03:00:03     Syncb / Lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
15151542       +E-mail/PDF: gecsedi@recoverycorp.com Feb 06 2020 02:59:03     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
15139965       +E-mail/Text: EBankruptcy@UCFS.NET Feb 06 2020 02:46:16     United Consumer Financial Services,
                 865 Bassett,    Westlake, OH 44145-1194
                                                                                              TOTAL: 18

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services, LLC

```
District/off: 0315-1              User: dkam            Page 2 of 2                  Date Rcvd: Feb 05, 2020
                                  Form ID: rsc13        Total Noticed: 35

cr*          +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
              444 Liberty Avenue,    Pittsburgh, PA 15222-1225
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2020 at the address(es) listed below:
```
              Daniel P. Foster    on behalf of Joint Debtor Beth Ann Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jonathon P. Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor   Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 7
```