**Form RSC**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−11042−TPA**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

   Jonathon P. Schneider     Beth Ann Schneider
   3120 Heathville Ohl Road     3120 Heathville Ohl Road
   Summerville, PA 15864     Summerville, PA 15864

Social Security No.:
   xxx−xx−9948     xxx−xx−8585

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Daniel P. Foster
Foster Law Offices
PO Box 966
Meadville, PA 16335
Telephone number: 814.724.1165

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number: 412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
June 16, 2020
09:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

CONFIRMATION HEARING DATE/TIME/LOC
June 16, 2020
09:00 AM
Bankruptcy Court Conference Room B110, U.S. Courthouse, 17 South Park Row, Erie, PA 16501

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/26/20

BY THE COURT

Thomas P. Agresti
Judge

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                   Case No. 19-11042-TPA
Jonathon P. Schneider                                                    Chapter 13
Beth Ann Schneider
         Debtors               CERTIFICATE OF NOTICE
District/off: 0315-1          User: dkam                  Page 1 of 2                  Date Rcvd: Mar 26, 2020
                              Form ID: rscCOVID           Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2020.
db/jdb         +Jonathon P. Schneider,    Beth Ann Schneider,    3120 Heathville Ohl Road,
                 Summerville, PA 15864-4232
cr             +Peoples Gas Company LLC, f/k/a Peoples TWP LLC,    c/o S. James Wallace, P.C.,
                 845 N. Lincoln Ave.,    Pittsburgh, PA 15233-1828
15154119       +Advanced Disposal Solid Waste of PA Inc,    6330 Route 219,    Brockway, PA 15824-5016
15167824        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
15139953       +Amex,   PO Box 981537,    El Paso, TX 79998-1537
15139955       #+Carrington Mortgage Service,    15 Enterprise Street,    Aliso Viejo, CA 92656-2653
15161752       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
15145271       +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
                 444 Liberty Avenue,    Pittsburgh, PA 15222-1225
15139960       +JPMorgan Chase Bank Card,    Po Box 15298,   Wilmington, DE 19850-5298
15153341       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
15154121       +Mid-Cameron Authority,    421 North Broad Street,    Emporium, PA 15834-1401
15170131       +PNC Bank, N.A.,    PO Box 94982,   Cleveland, OH 44101-4982
15139961       +Pnc Bank,    Po Box 3180,   Pittsburgh, PA 15230-3180
15154122       +Punxsutawney Area Hospital,    PO Box 645582,   Pittsburgh, PA 15264-5253
15154123       +Rui Credit Services,    PO Box 1349,   Melville, NY 11747-0421
15139963       +Steuben Trust Company,    1 Steuben Square,   Hornell, NY 14843-1699
15154124       +The SOS Group,   Collection Agency,    PO Box 16211,   Cleveland, OH 44116-0211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 27 2020 03:50:24      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2020 03:56:43
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15139952       +E-mail/Text: ally@ebn.phinsolutions.com Mar 27 2020 03:49:24      Ally Financial,
                 PO Box 380901,    Bloomington, MN 55438-0901
15155767        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:57:38
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15139954       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2020 03:55:29
                 Capital One Bank Usa NA,    Po Box 30281,   Salt Lake City, UT 84130-0281
15139956       +E-mail/Text: cduncan@clarionfcu.org Mar 27 2020 03:50:12      Clarion Federal Credit Union,
                 144 Holiday Inn Road,    Clarion, PA 16214-4038
15154120       +E-mail/Text: documentfiling@lciinc.com Mar 27 2020 03:49:20      Comcast,   One Comcast Center,
                 1701 John F Kennedy Boulevard,    Philadelphia, PA 19103-2899
15139957        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25      Discover Bank,   Po Box 30954,
                 Salt Lake City, UT 84130
15139958        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25      Discover Financial Services LLC,
                 PO Box 15316,    Wilmington, DE 19850
15142674        E-mail/Text: mrdiscen@discover.com Mar 27 2020 03:49:25      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH  43054-3025
15143418       +E-mail/Text: dplbk@discover.com Mar 27 2020 03:51:25      Discover Personal Loans,
                 PO Box 30954,    Salt Lake City, UT 84130-0954
15139959       +E-mail/Text: bankruptcynotice@fcbanking.com Mar 27 2020 03:49:28      First Commonwealth Bank,
                 22 North Sixth Street,    Indiana, PA 15701-1802
15172620        E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 27 2020 03:51:08      Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
15149943        E-mail/Text: bankruptcy@bbandt.com Mar 27 2020 03:50:13      Sheffield Financial,   PO Box 1847,
                 Wilson, NC 27894-1847
15139962       +E-mail/Text: bankruptcy@bbandt.com Mar 27 2020 03:50:13      Sheffield Financial Company,
                 PO Box 1704,    Clemmons, NC 27012-1704
15139964       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:01      Syncb / Lowes,   Po Box 956005,
                 Orlando, FL 32896-0001
15151542       +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2020 03:57:25      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
15139965       +E-mail/Text: EBankruptcy@UCFS.NET Mar 27 2020 03:51:56      United Consumer Financial Services,
                 865 Bassett,    Westlake, OH 44145-1194
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Carrington Mortgage Services, LLC
```

```
District/off: 0315-1              User: dkam                   Page 2 of 2                  Date Rcvd: Mar 26, 2020
                                  Form ID: rscCOVID            Total Noticed: 35

cr*          +First Commonwealth Bank,    c/o McGrath McCall, P.C.,    Four Gateway Center, Suite 1040,
               444 Liberty Avenue,    Pittsburgh, PA 15222-1225
                                                                                           TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Beth Ann Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jonathon P. Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor   Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish    on behalf of Creditor   First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor   Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 7
```