**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 19-11042-TPA |
| | : | |
| **Jonathon P. Schneider and** | : | |
| **Beth Ann Schneider,** | : | |
| Debtors, | : | Chapter 13 |
| | : | |
| **Daniel P. Foster, Esquire,** | : | |
| Movant, | : | Related to Docket No: 36 |
| | : | |
| vs. | : | |
| | : | |
| **Jonathon P. Schneider,** | : | |
| **Beth Ann Schneider and** | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**NOTICE OF TELEPHONIC HEARING WITH RESPONSE DEADLINE ON DEBTOR'S MOTION TO WITHDRAW AS COUNSEL**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **May 15, 2020**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A telephonic hearing will be held **May 27, 2020 at 10:30 am** before Judge Thomas P. Agresti, in Bankruptcy Courtroom, Unites State Courthouse, 17 South Park Row, Erie, PA 16501. All attorneys and parties may only appear telephonically and must comply with Judge Agresti's Modified Telephonic procedures which can be found at http://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. While under the current COVID-19 circumstances it is not encouraged, the general public may personally appear. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court at a later date. Pro se parties may participate by phone at no charge by contacting CourtCall at www.courtcall.com or at (866) 582-6878 no later than 24 hours prior to the scheduled hearing.

Date: <u>April 28, 2020</u>

      Respectfully submitted,
      */s/ Daniel P. Foster, Esquire*
      Daniel P. Foster
      PA I.D. # 92376
      Foster Law Offices
      PO Box 966
      Meadville, PA 16335
      Phone: 814.724.1165
      Fax: 814.724.1158
      Email: dan@mrdebtbuster.com
      Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the NOTICE OF TELEPHONIC HEARING ALONG WITH DEBTOR'S MOTION TO WITHDRAW AS COUNSEL, by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: **April 28, 2020**　　　　　　　　　　　　By: */s/ Clarissa Bayhurst*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clarissa Bayhurst, PARALEGAL
　　　　　　　　　　　　　　　　　　　　　　　　　　　FOSTER LAW OFFICES
　　　　　　　　　　　　　　　　　　　　　　　　　　　PO Box 966
　　　　　　　　　　　　　　　　　　　　　　　　　　　Meadville, PA 16335
　　　　　　　　　　　　　　　　　　　　　　　　　　　Tel 814.724.1165
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax 814.724.1158

# MATRIX

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Capital One Bank Usa NA
Po Box 30281
Salt Lake City, UT 84130-0281

Clarion Federal Credit Union
144 Holiday Inn Road
Clarion, PA 16214-4038

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

First Commonwealth Bank
22 North Sixth Street
Indiana, PA 15701-1802

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Mid-Cameron Authority
421 North Broad Street
Emporium, PA 15834-1401

PRA Receivables Management, LLC
claims@recoverycorp.com

Pnc Bank
Po Box 3180
Pittsburgh, PA 15230-3180

Advanced Disposal Solid Waste of PA Inc
6330 Route 219
Brockway, PA 15824-5016

Amex
PO Box 981537
El Paso, TX 79998-1537

Carrington Mortgage Service
15 Enterprise Street
Aliso Viejo, CA 92656-2653

Comcast
One Comcast Center
1701 John F Kennedy Boulevard
Philadelphia, PA 19103-2899

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

Preston D. Jaquish
McGrath & McCall, P.C.
pjaquish@lenderlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Pennsylvania Dept. of Revenue
Department 280946
P.O. Box 280946
ATTN: BANKRUPTCY DIVISION
Harrisburg, PA 17128-0946

Punxsutawney Area Hospital
PO Box 645582
Pittsburgh, PA 15264-5253

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC 28272-1083

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806-5951

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

First Commonwealth Bank
c/o McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222-1225

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101-4982

Peoples Gas Company LLC, f/k/a Peoples TWP L
c/o S. James Wallace, P.C.
sjw@sjwpgh.com

Rui Credit Services
PO Box 1349
Melville, NY 11747-0421

Beth Ann Schneider
Jonathon P. Schneider
3120 Heathville Ohl Road
Summerville, PA 15864-4232

Sheffield Financial
PO Box 1847
Wilson, NC 27894-1847

Sheffield Financial Company
PO Box 1704
Clemmons, NC 27012-1704

Synchrony Bank
c/o of PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

S. James Wallace
sjw@sjwpgh.com

Steuben Trust Company
1 Steuben Square
Hornell, NY 14843-1699

The SOS Group
Collection Agency
PO Box 16211
Cleveland, OH 44116-0211

James Warmbrodt
KML Law Group, P.C.
bkgroup@kmllawgroup.com

Syncb / Lowes
Po Box 956005
Orlando, FL 32896-0001

United Consumer Financial Services
865 Bassett
Westlake, OH 44145-1194

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com