FILED
5/19/20 12:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JONATHON P. SCHNEIDER<br>BETH ANN SCHNEIDER<br>*Debtors* | : : : : | Case No. 19-11042TPA<br><br>Chapter 13 |
| DANIEL FOSTER, ESQ.<br><br>*Movant* | : : : : : | Related to Document No. 36 |
| v. | : : : | |
| JONATHON P. SCHNEIDER<br>BETH ANN SCHNEIDER<br>*Respondents* | : : : | <br><br>Hearing: May 27, 2020 at 10:30 A.M. |

**<u>ORDER</u>**

*AND NOW*, this *19th* day of *May, 2020,* It is hereby **ORDERED, ADJUDGED** and **DECREED** that the debtors, Jonathon P. Schneider and Beth Ann Schneider shall *personally* appear at the hearing on the ***Motion to Withdraw as Counsel***, Document No. 44, which is set for *May 27, 2020* at *10:30 A.M. **All attorneys and Parties may only appear telephonically*** and must comply with Judge Agresti's Modified Telephonic Procedures which can be found at http://www.pawb.uscourts.gov/content/judge-thomas-p-agresti and below at Attachment "A." While under the current COVID-19 circumstances it is not encouraged, the general public may personally appear. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date. ***Pro se Parties may***

***participate by phone at no charge*** by contacting CourtCall at www.courtcall.com or at (866) 582-6878 no later than 24 hours prior to the scheduled hearing.

_____
Thomas P. Agresti, Judge    **ljm**
United States Bankruptcy Court

Case Administrator to serve:
    Daniel Foster, Esq.
    Debtors
    Ronda J. Winnecour, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 19-11042-TPA
Jonathon P. Schneider                                               Chapter 13
Beth Ann Schneider
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: dkam              Page 1 of 1             Date Rcvd: May 19, 2020
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2020.
db/jdb        +Jonathon P. Schneider,   Beth Ann Schneider,   3120 Heathville Ohl Road,
               Summerville, PA 15864-4232

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2020                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2020 at the address(es) listed below:
              Daniel P. Foster    on behalf of Joint Debtor Beth Ann Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Daniel P. Foster    on behalf of Debtor Jonathon P. Schneider dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Preston D. Jaquish     on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
               sjw@sjwpgh.com,    srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                               TOTAL: 7