FILED
5/27/20 4:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-11042-TPA |
| | : | | |
| Jonathon P. Schneider | : | Chapter: | 13 |
| Beth Ann Schneider | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 5/27/2020 |
| | : | Time: | 10:30 |

### PROCEEDING MEMO

**MATTER:** # 36 Motion to Withdraw as Attorney
(Debtors to personally appear)

**APPEARANCES:**

Debtor:   Daniel P. Foster
          Johnathon Schneider
          Beth Schneider (did not appear)
Trustee:  Owen Katz

**NOTES:**

J:   10:42

Mr. Schneider:   I've been studying up on the local rules. I've tried to get counsel but he refused because Atty. Foster was still on the case.

Foster:   Thank you

**OUTCOME:**   GRANTED / OE

*ljm*