Case 19-11042-TPA    Doc 47    Filed 07/02/20    Entered 07/02/20 14:24:01    Desc Main
Document    Page 1 of 1

FILED
7/2/20 2:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**FILING FEE PAID** (Yes) No

MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: Schneider                                   JAD/(TPA)/CMB/GLT

Case Number: 19-11042

Date of Meeting: 6/16/20                    Recording #_____
Debtor(s) present ___ or Not Present ___ (__No Payments Made or___ partial payments)
Attorney for debtor(s) PRO Se _____ (Present___ or Not Present___)
Date of Plan at § 341: _____ Applicable commitment period ___3 yrs ___5 yrs

y and wife - hasn't been employed
since he started - laid off in
October - work at Walmart -
$1200 after taxes → 1140 something -
Punxatauney Walmart -
Unemployment - $450 a week

No payments - 3rd
341 (a)
$15,000+ in plan arrears

✓ Meeting HELD and CONCLUDED
___ Meeting HELD but CONTINUED (not closed)
___ Meeting NOT HELD             ___ Order to Show Cause Requested
                                  ___ To be rescheduled by Clerk

___ Confirmation Order recommended ___Final ___Interim
___ Amended Plan due:_____ ; Objections due:_____
✓ Trustee recommends dismissal of the case (Debtor consents)
___ Trustee recommends dismissal of the case (Debtor does not consent)*
___ Trustee recommends dismissal of the case (Debtor has no defense)
___ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
___ Continued to:
    ___ 341 Meeting    OR ___ Conciliation Conf. OR ___ *Contested Hearing
    On _____ at _____ am/pm Location _____

Chapter 13 Trustee/Attorney for Trustee