Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jonathon P. Schneider** | : | Case No. 19−11042−TPA |
| **Beth Ann Schneider** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| | : | |
| | : | Per Proceeding Held June 16, 2020 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 2nd of July, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

(5) IN THE EVENT THE ABOVE−NAMED DEBTOR REFILES FOR BANKRUPTCY, UNDER ANY CHAPTER, THE COURT WILL SCHEDULE AN IMMEDIATE STATUS CONFERENCE IN THE REFILED CASE TO ENSURE THE DEBTOR UNDERSTANDS THEIR DUTIES IN BANKRUPTCY.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Jonathon P. Schneider  
Beth Ann Schneider  
    Debtors

Case No. 19-11042-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: vson     Page 1 of 2     Date Rcvd: Jul 02, 2020  
                       Form ID: 309     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2020.

| | | |
|---|---|---|
| db/jdb | +Jonathon P. Schneider, Beth Ann Schneider, 3120 Heathville Ohl Road, Summerville, PA 15864-4232 | |
| cr | +Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 | |
| 15154119 | +Advanced Disposal Solid Waste of PA Inc, 6330 Route 219, Brockway, PA 15824-5016 | |
| 15161752 | +Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 | |
| 15145271 | +First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 | |
| 15153341 | +JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 | |
| 15154121 | +Mid-Cameron Authority, 421 North Broad Street, Emporium, PA 15834-1401 | |
| 15170131 | +PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101-4982 | |
| 15139961 | +Pnc Bank, Po Box 3180, Pittsburgh, PA 15230-3180 | |
| 15154122 | +Punxsutawney Area Hospital, PO Box 645582, Pittsburgh, PA 15264-5253 | |
| 15154123 | +Rui Credit Services, PO Box 1349, Melville, NY 11747-0421 | |
| 15139963 | +Steuben Trust Company, 1 Steuben Square, Hornell, NY 14843-1699 | |
| 15154124 | +The SOS Group, Collection Agency, PO Box 16211, Cleveland, OH 44116-0211 | |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| cr | +EDI: PRA.COM Jul 03 2020 07:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15139952 | +EDI: GMACFS.COM Jul 03 2020 07:43:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 15167824 | EDI: BECKLEE.COM Jul 03 2020 07:43:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15139953 | +EDI: AMEREXPR.COM Jul 03 2020 07:43:00 | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 15155767 | EDI: CAPITALONE.COM Jul 03 2020 07:43:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15139954 | +EDI: CAPITALONE.COM Jul 03 2020 07:43:00 | Capital One Bank Usa NA, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15139956 | +E-mail/Text: cduncan@clarionfcu.org Jul 03 2020 04:21:57 | Clarion Federal Credit Union, 144 Holiday Inn Road, Clarion, PA 16214-4038 |
| 15154120 | +EDI: COMCASTCBLCENT Jul 03 2020 07:43:00 | Comcast, One Comcast Center, 1701 John F Kennedy Boulevard, Philadelphia, PA 19103-2899 |
| 15139957 | EDI: DISCOVER.COM Jul 03 2020 07:43:00 | Discover Bank, Po Box 30954, Salt Lake City, UT 84130 |
| 15139958 | EDI: DISCOVER.COM Jul 03 2020 07:43:00 | Discover Financial Services LLC, PO Box 15316, Wilmington, DE 19850 |
| 15142674 | EDI: DISCOVER.COM Jul 03 2020 07:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15143418 | +EDI: DISCOVERPL Jul 03 2020 07:43:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15139959 | +E-mail/Text: bankruptcynotice@fcbanking.com Jul 03 2020 04:21:24 | First Commonwealth Bank, 22 North Sixth Street, Indiana, PA 15701-1802 |
| 15172620 | EDI: JEFFERSONCAP.COM Jul 03 2020 07:43:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15139960 | EDI: JPMORGANCHASE Jul 03 2020 07:43:00 | JPMorgan Chase Bank Card, Po Box 15298, Wilmington, DE 19850 |
| 15149943 | E-mail/Text: bankruptcy@bbandt.com Jul 03 2020 04:21:57 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 15139962 | +E-mail/Text: bankruptcy@bbandt.com Jul 03 2020 04:21:58 | Sheffield Financial Company, PO Box 1704, Clemmons, NC 27012-1704 |
| 15139964 | +EDI: RMSC.COM Jul 03 2020 07:43:00 | Syncb / Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15151542 | +EDI: RMSC.COM Jul 03 2020 07:43:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15139965 | +E-mail/Text: EBankruptcy@UCFS.NET Jul 03 2020 04:23:09 | United Consumer Financial Services, 865 Bassett, Westlake, OH 44145-1194 |
| | | TOTAL: 20 |

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| | | |
|---|---|---|
| cr | Carrington Mortgage Services, LLC | |
| cr* | +First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 | |
| 15139955 | ##+Carrington Mortgage Service, 15 Enterprise Street, Aliso Viejo, CA 92656-2653 | |
| | | TOTALS: 1, * 1, ## 1 |

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-1           User: vson                  Page 2 of 2                  Date Rcvd: Jul 02, 2020
                               Form ID: 309                Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2020 at the address(es) listed below:

```
          James   Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Preston D. Jaquish    on behalf of Creditor    First Commonwealth Bank pjaquish@lenderlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Gas Company LLC, f/k/a Peoples TWP LLC
           sjw@sjwpgh.com,   srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 5
```